BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT IN ANCHORAGE

PETER DELUCA, )
        Plaintiff, )
vs. )
INLET FISH PRODUCERS, INC., )
        Defendant. )
                        )

COPY
Original Received
JAN 1 2 2016
Clerk of the Trial Courts

Case No. 3AN-16-4159 CI

## COMPLAINT

COMES NOW the plaintiff, PETER DELUCA, by and through his attorneys, BARBER & ASSOCIATES, LLC, and for his complaint against defendant INLET FISH PRODUCERS, INC., does state and allege as follows:

1. That at all times material hereto, the plaintiff was and is a resident of Lowell, Massachusetts, Alaska.

2. That at all times material hereto, the defendant Inlet Fish Producers, Inc. was and is an Alaska corporation doing business in the Third Judicial District.

3. On or about 8/18/15, the defendant owned and/or managed and/or operated the facility located at 52444 Skein Ave., Kasilof, Alaska.

4. That at all times material hereto, the defendant owned and operated a lift at its Kasilof dock.

4074/01 Complaint
Deluca v. Inlet Fish Producers, Inc.
Page 1

EXHIBIT A
PAGE 1 OF 5

5. The defendant is liable for the actions and/or failures to act of its employees and/or agents and/or officers under theories of vicarious liability and/or agency and/or respondeat superior.

6. The plaintiff arranged with one of the defendant's employees to lift the plaintiff's boat out of the water for inspection at the defendant's facility at 6:15am on 8/18/15.

7. On 8/17/15, one of the defendant's employees, Jeff Jones, came to the plaintiff's boat and advised him that a slot was available on that day to lift the plaintiff's boat.

8. When the plaintiff responded that his colleague was not available, the defendant's employee advised the plaintiff that he would bring another employee to assist on the plaintiff's boat.

9. Jeff Jones retrieved and delivered another employee, Joshua Patterson, to provide assistance on the plaintiff's boat.

10. Jeff Jones had represented to the plaintiff that Joshua Patterson was qualified to provide assistance on the plaintiff's boat while lifting it.

11. At the time, Joshua Patterson had never provided assistance while on a boat being lifted from the water.

4074/01 Complaint
Deluca v. Inlet Fish Producers, Inc.
Page 2

EXHIBIT A
PAGE 2 OF 5

12. Joshua Patterson was not qualified to provide the assistance necessary on the plaintiff's boat for lifting it out of the water.

13. The defendant's employees knew or should have known that Joshua Patterson was not reasonably qualified to provide the necessary assistance for safely removing the plaintiff's boat from the water.

14. On or about 8/17/15, while the defendant's employees were engaged in lifting the plaintiff's boat out of the water, the boat collided with the bulkhead.

15. The defendant's employee Joshua Patterson was by the controls when the boat accelerated into the bulkhead.

16. The defendant's employee Joshua Patterson contacted the controls and caused the boat to accelerate and collide with the bulkhead.

17. On or about 8/18/15, the defendant's employees negligently and/or recklessly lifted the plaintiff's boat from the water near Kasiloff, Alaska, causing the boat to accelerate while it was being lifted out of the water and collide with another object, which was a substantial factor in causing harm to the plaintiff for which the defendant is liable.

18. The defendant's employee negligently and/or recklessly misrepresented and/or inferred and/or implied to the plaintiff that Joshua Patterson was reasonably qualified to assist on the plaintiff's boat.

4074/01 Complaint
Deluca v. Inlet Fish Producers, Inc.
Page 3

EXHIBIT A
PAGE 3 OF 5

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

19. The plaintiff reasonably relied upon the defendant's employee's representations about Joshua Patterson's qualifications to assist on the plaintiff's boat which was a substantial factor in causing harm to the plaintiff for which the defendant is liable.

20. The defendant's employee negligently and/or recklessly directed Joshua Patterson to assist on the plaintiff's boat which was a substantial factor in causing harm to the plaintiff for which the defendant is liable.

21. The defendant is liable for negligent and/or reckless hiring and/or training and/or supervision which was a substantial factor in causing harm to the plaintiff for which the defendant is liable.

22. On information and belief, at all times material hereto, the defendant has a policy or procedure forbidding its employees from boarding other vessels to provide assistance when lifting boats from the water.

23. On information and belief, the defendant's employees violated one or more of the defendant's policies while lifting the plaintiff's boat from the water on 8/18/15.

24. The defendant is liable to the plaintiff for past and/or future: medical expense, loss of earnings, diminished earning capacity, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, loss of nonmarket household services, property damage to the boat, and other non-pecuniary damages to be more fully

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
823 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4074/01 Complaint
Deluca v. Inlet Fish Producers, Inc.
Page 4

EXHIBIT  A
PAGE  4  OF  5

set forth at trial, all in an amount in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

25. The defendant is liable to the plaintiff for punitive and/or exemplary damages for conduct evidencing reckless indifference to the interests of the plaintiff and/or outrageous conduct.

WHEREFORE, having fully pled the plaintiff's complaint, plaintiff requests a judgment against the defendant for an amount in excess of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this __11__ day of January, 2016.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4074/01 Complaint
Deluca v. Inlet Fish Producers, Inc.
Page 5

EXHIBIT __A__
PAGE __6__ OF __5__